### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

**KORRISON V. TAYLOR,**

        **Plaintiff,**

**v.**                                   **Case No. 22-2155**

**CHAMPAIGN COUNTY, et al.,**

        **Defendants.**

### REPORT AND RECOMMENDATION

On August 1, 2022, Plaintiff filed a Complaint (#1) against Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 90 days to serve a complaint upon all defendants. Plaintiff failed to serve Defendants Matthew J. Ham and Christopher McCallum by the deadline, and the Court entered an Order to Show Cause on May 1, 2024. Plaintiff filed a Response (#30) explaining the reasons for the delay in service. The Court granted Plaintiff thirty additional days to complete service.

Plaintiff completed service as to Defendant Ham on June 13, 2024. However, to this date, there is no showing that Plaintiff served Defendant McCallum.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 24th day of July, 2024.

                                  **s/ ERIC I. LONG**
                           **UNITED STATES MAGISTRATE JUDGE**